■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME ARROYO ZIMMERMAN, Also Known as JAIME A. ZIMMERMAN, Appellant. [668 NYS2d 466] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered February 15, 1994, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

The court properly admitted into evidence the Grand Jury testimony of a prosecution witness since misconduct by defendant in intimidating and threatening the witness was established by clear and convincing evidence (*see, People v Geraci,* 85 NY2d 359; *People v Cotto,* 240 AD2d 193, *lv granted* 90 NY2d 1010; *People v Small,* 177 AD2d 669, *lv denied* 79 NY2d 953). Defendant's remaining claims related to this issue are unpreserved for review and, in any event, lack merit. Concur— Milonas, J. P., Nardelli, Mazzarelli and Andrias, JJ.